## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x
KAITLYNN AYERS, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

  -v.-

LAMONT, HANLEY & ASSOCIATES, INC.,

                    Defendants.
---------------------------------------------------------------------x

Civil Action No:
3:23-cv-945

### **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 3, 2023

                                                Respectfully Submitted,

                                                */s/Yaakov Saks*
                                                Yaakov Saks, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Ysaks@steinsakslegal.com
                                                Tel. 201-282-6500
                                                Fax 201-282-6501
                                                *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 3rd day of August, 2023                Respectfully Submitted,

                                                                  */s/ Yaakov Saks*
                                                                  Yaakov Saks